UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

FILED

JAN 11 2005
At_____M
STEPHEN R. LUDWIG, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

UNITED STATES OF AMERICA,
      Plaintiff,

V.

DAVID SUBIL, Et Al
      Defendant,

Cause No. 2:04-CR-29 RL

## DEFENDANT'S AFFIDAVIT IN SUPPORT OF
## MOTION TO ACT AS CO-COUNSEL

DAVID SUBIL, being duly sworn, hereby deposes and says:

1. That I am the defendant herein, and I make this affidavit in support of this motion to be permitted to act as co-counsel in the within matter.

2. That your deponent believes that in matters involving accusations of criminal activity of a nature as serious as the charges in this case, the only defense that can and should be pursued is the best and optimum defense. That your deponent is of the opinion that the only way such an optimum defense is

possible is for your deponent to be permitted to act as co-counsel in the instant matter.

3. That necessary to the defense against the charges of your deponent is the establishment of facts in this case. That in order to be able to fully establish the facts of this case, it is necessary for your deponent to have an active and participatory role in the upcoming trial in this matter.

4. That your deponent has waited two years for action in this cause, in which he has studied and viewed every aspect of the governments case against him. That regardless of the skill and competence of his present attorney, Mr. Stewart, and regardless of the preparation that Mr. Stewart may make, he can never match the knowledge, familiarity with the facts, and general awareness of the case that your deponent presently has. More importantly, however, in spite of the empathy and concern my attorney may have in striving to defend me, it is impossible for my attorney to have the same degree of interest and concern regarding the case as your deponent has.

5. The instant case, proceedings, and evidence has been an integral part of my life for the past two years. I believe that it is not unreasonable for me now to wish to fulfill an active and participatory role in my trial and the hearings leading up to such trial, rather than to be relegated to passive observation.

6. Your deponent having been before the Courts on numerous other

occasions and having actively participated in his defense in prior state and federal cases, has become quite aware of the nature of the Courts and pre-trial proceedings. Furthermore, having participated in such, I have become familiar with the order and decorum attendant such proceedings. It is my interest and desire that all of the proceedings including trial proceed with order, and proceed rapidly to a just conclusion. Should the Honorable Court permit me to assume the role of co-counsel, I have every intention to comport my behavior with these goals of order and rapid procedure.

7. Your deponent will be represented in the proceedings by by a practicing attorney. It is my intention to fully cooperate with my attorney regarding exercise of any co-counel role granted me by the Honorable Court. Both your deponent and my attorney have the successful defense of this matter uppermost in mind.

WHEREFORE, for the reasons stated above, your deponent respectfully asks that the relief requested in the within motion be GRANTED, and any other relief that the Honorable Court may deem appropriate.

Respectfully submitted

David Subil

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

V.

Cause No. 2:04-CR-29 RL

DAVID SUBIL, Et Al
    Defendant,

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY under penalty of perjury that a true and correct copy of the foregoing "MOTION TO ALLOW DEFENDANT TO APPEAR AS CO-COUNSEL" was sent this ___5___ of January, 2005 to:

Cole & Staes, ltd
321 South Plymouth Court
Suite 1150
Chicago, IL. 60604;

Ms. Toi Houston, Esq.
5400 Federal Plaza
Suite 1500
Hammond, IN. 46320

By placing such in the Legal Mail Box at the Metropolitan Correctional Center in Chicago, IL.

_/s/ David Subil_

David Subil
#43895-004
71 West Van Buren Street
Chicago, IL. 60605