UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND  DIVISION


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CAUSE NO. 2:04 CR 29 RL |
| | ) | |
| DAVID SUBIL | ) | |

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court

endorsed hereon, the United States Attorney for the Northern District of Indiana hereby

dismisses the Superseding Indictment against David Subil, defendant.


/s/ Thomas L. Kirsch II
Thomas L. Kirsch II
Assistant U. S. Attorney



Leave of Court is granted for the filing of the foregoing dismissal.



Date:  March 21,  2006



/s/ Rudy Lozano
Honorable Rudy Lozano
Judge, United States District Court

# *Certificate of Service*

I hereby certified that on March 21, 2006 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

**Kerry C Connor**
kerry_connor@fd.org sherrie_horan@fd.org

**Stephen D Scallan PHV**
SteveScallan@earthlink.net

**R Brian Woodward**
rbwoodward@cwblawfirm.com cberwanger@cwblawfirm.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

**None**

/s/ GLORIA POWELL
Gloria Powell
Legal Assistant